644

*John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant.

*Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, November 12, 1970:

Order affirmed on authority of *Commonwealth v. Johnson,* 431 Pa. 522, 246 A. 2d 345 (1968); *Commonwealth v. Wilson,* 430 Pa. 1, 241 A. 2d 760 (1968); *Commonwealth ex rel. Washington v. Maroney,* 427 Pa. 599, 235 A. 2d 349 (1967).

## Fullen, Appellant, *v.* Boory.

Argued October 7, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*John J. Klein,* with him *Harvey E. Schauffler, Jr.,* for appellant.

*Charles Kirshner,* with him *Rosenberg, Kirshner & Solomon,* for appellee.

OPINION PER CURIAM, November 12, 1970:
Judgment affirmed.

Behrend, Appellant, *v.* Bell Telephone Company
of Pennsylvania.

Argued October 8, 1970. Before BELL, C. J., JONES,
COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Mark B. Aronson,* for appellant.

*B. A. Karlowitz,* with him *John B. King, William
M. Hebrank, Hubert Thurschwell,* and *Tucker, Burke,
Campbell & Arensberg,* for appellee.

OPINION PER CURIAM, November 12, 1970:
Order affirmed.

Vay *v.* Dunlevy et al., Appellants.

Argued September 30, 1970. Before BELL, C. J.,
JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY,
JJ.